**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7061

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ANTOINE LAMONT GOODMAN,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:03-cr-00020-RAJ-JEB-1)

Submitted:  December 11, 2008      Decided:  December 17, 2008

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antoine Lamont Goodman, Appellant Pro Se.  Laura Pellatiro
Tayman, Assistant United States Attorney, Newport News,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Lamont Goodman appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Goodman, No. 2:03-cr-00020-RAJ-JEB-1 (E.D. Va. May 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED